# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VINCENT HUNT, II,<br><br>    Petitioner,<br><br>v.<br><br>ANDRE MATEVOUSIAN,<br><br>    Respondent. | CASE NO. 1:15-cv-00165-LJO-SKO  HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 20) |

Petitioner, proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, moves for appointment of counsel.  In habeas proceedings, no absolute right to appointment of counsel currently exists.  *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773, 774 (8th Cir. 1984).  Nonetheless, a court may appoint counsel at any stage of the case "if the interests of justice so require."  18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section 2254 Cases.

Petitioner contends that appointment of counsel is required since (1) he is indigent; (2) he has raised at least one meritorious claim; and (3) counsel could more skillfully present Petitioner's claim to the Court.  The answer and reply (traverse) in this case have already been filed, however.  Petitioner competently prepared and filed his petition and reply.  Accordingly, the Court finds no evidence that the interests of justice require the appointment of counsel at this time.

Petitioner's motion for appointment of counsel is hereby DENIED.

IT IS SO ORDERED.

Dated:    **March 29, 2016**                              **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE

1